**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Xuchang Changmei Trading Co., Ltd.
Plaintiff,
v.
Case No.: 1:26−cv−06033
Honorable Georgia N. Alexakis
usbinbin
Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable Georgia N. Alexakis: The Court reluctantly grants Plaintiff's motion for leave to appear telephonically at the 10/15/2026 hearing on Non−Party Amazon.com Inc.'s motion for a temporary stay of enforcement of the Court's final default judgment order [45]. The dial−in number is 650−479−3207, and the access code is 2318 941 4787. Given the nature of the motion at issue, the Court would have greatly preferred an in−person appearance from Plaintiff. In addition, the Court's standing orders make clear that in−person hearings are its preferred, default procedure. Plaintiff is strongly encouraged to plan accordingly in the future, unless given express and timely leave to appear telephonically. Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.